IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEIKH MUFTII EL′ ALI,

      Plaintiff,                        No. 2:11-cv-0300 GEB JFM (PC)

  vs.

C/O FRED GREER, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2012, plaintiff filed a motion for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

1

1         Plaintiff has also moved for an extension of time to file objections to this court's
2 May 3, 2012, findings and recommendations. Defendants have filed a statement of non-
3 opposition to the motion. Good cause appearing, plaintiff's motion for extension of time will be
4 granted.
5         Accordingly, IT IS HEREBY ORDERED that:
6         1. Plaintiff's May 17, 2012, request for the appointment of counsel is denied;
7         2. Plaintiff's May 17, 2012, motion for an extension of time is granted; and
8         3. Plaintiff is granted twenty-one days from the date of this order in which to file
9 objections to the court's May 3, 2012 findings and recommendations.
10 DATED: June 20, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
elal0300.31+36